| | |
|---|---|
| 1 | NICHOLAS B. WARANOFF (BAR NO. 060155) |
|   | KEITH D. YANDELL (BAR NO. 233146) |
| 2 | ALLEN MATKINS LECK GAMBLE |
|   |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
|   | San Francisco, CA  94111-4074 |
| 4 | Phone:  (415) 837-1515 |
|   | Fax:  (415) 837-1516 |
| 5 | E-Mail: nwaranoff@allenmatkins.com |
|   |            kyandell@allenmatkins.com |
| 6 | |
|   | Attorneys for Respondents |
| 7 | Financial Freedom Acquisition, LLC and Mortgage |
|   | Electronic Registration Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSIENA BROWN, | Case No. 3:11-cv-02040-JSW |
|---|---|
| Administratrix, | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL |
| v. | |
| FINANCIAL FREEDOM SENIOR FUNDING, a subsidiary of Indymac Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FINANCIAL FREEDOM ACQUISITION, LLC; MTC FINANCIAL, INC., dba Trustee Corps; and RICHARD J. REYNOLDS and HYDEE J. MULICHAK; DOES 1 THRU 20 | |
| Respondents. | |

| | |
|---|---|
| 1 | The Substitution of Counsel is hereby GRANTED.  Allen Matkins Leck Gamble Mallory |
| 2 | & Natsis LLP is substituted as attorney of record for Freedom Financial Acquisitions, LLC, in |
| 3 | place of and instead of William G. Malcolm, Hydee J. Mulichak, and Malcolm & Cisneros.  The |
| 4 | contact information for new counsel is as follows: |

```
            NICHOLAS B. WARANOFF (BAR NO. 060155)
            KEITH D. YANDELL (BAR NO. 233146)
            ALLEN MATKINS LECK GAMBLE
              MALLORY & NATSIS LLP
            Three Embarcadero Center, 12th Floor
            San Francisco, CA  94111-4074
            Phone:  (415) 837-1515
            Fax:  (415) 837-1516
            E-Mail:  nwaranoff@allenmatkins.com
            kyandell@allenmatkins.com
```

Dated: May 20, 2011

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge