IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIENA BROWN, | No. C 11-02040 JSW |
| Petitioner, | **ORDER CONTINUING HEARING** |
| v. | |
| FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, ET AL., | |
| Respondents. | |

This matter is set for a hearing on July 8, 2011 on the motion to dismiss filed by respondent Hydee J. Mulichak, the motion to remand filed by petitioner Josiena Brown, and the motion to dismiss filed by respondents MTC Financial Inc., dba Trustee Corps, mistakenly sued as MTC Financial, Inc., dba Trustee Corps and Richard J. Rennolds, and on August 12, 2011 on the motion to dismiss filed by Financial Freedom Acquisitions LLC and Mortgage Electronic Registrations Systems, Inc.  The Court HEREBY CONTINUES the hearing on all four of these motions to August 26, 2011 at 9:00 a.m.  This Order does not alter the briefing schedule previously set by the Court for these motions.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this

///

///

///

1 schedule, they may submit for the Court's consideration a stipulation and proposed order
2 demonstrating good cause for any modification requested.
3 **IT IS SO ORDERED.**

5 Dated: June 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2