NICHOLAS B. WARANOFF (BAR NO. 060155)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  nwaranoff@allenmatkins.com
           kyandell@allenmatkins.com

Attorneys for Respondents
Financial Freedom Acquisition LLC and Mortgage
Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIENA BROWN,<br><br>                    Administratrix,<br><br>         v.<br><br>FINANCIAL FREEDOM SENIOR FUNDING, a subsidiary of Indymac Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FINANCIAL FREEDOM ACQUISITION, LLC; MTC FINANCIAL, INC., dba Trustee Corps; and RICHARD J. REYNOLDS,<br><br>                    Respondents. | Case No. 3:11-cv-02040-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby

ordered that, pursuant to Civil L. R. 16-2(d), **the Case Management Conference set for August**

**5, 2011, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate**

**Avenue, San Francisco, California, shall be continued to October 14, 2011 at 1:30 p.m.**

The parties shall appear in person through lead counsel to discuss all items referred to in

this Order and with authority to enter stipulations, to make admissions and to agree to further

scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days**

prior to the conference. The joint case management statement shall address all of the topics set

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

814406.02/SF

ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RULE 26 DEADLINES

forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements may also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: _July 6, 2011_____        _____

Hon. Jeffrey White
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

814406.02/SF

ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RULE 26 DEADLINES